# IN THE SUPREME COURT OF THE STATE OF NEVADA

SYLVESTER TANNER, JR.,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71335

**FILED**

OCT 05 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Appellant filed a notice of appeal on September 14, 2016. The notice of appeal does not designate the judgment or order being appealed. The documents before this court indicate that appellant has not yet been sentenced. Although NRS 177.015(3) indicates that appellant may appeal from "a final judgment or verdict in a criminal case," there was no final judgment or verdict that could be the subject of this appeal. Because there has not been an "announcement of a decision, sentence, or order," we cannot treat this as a premature appeal from the judgment of conviction. See NRAP 4(b)(2). Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-31143

cc: Hon. Jennifer P. Togliatti, District Judge
Sylvester Tanner, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Canon Law Services, LLC

SUPREME COURT
OF
NEVAOA

(O) 1947A